IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
COLO

AUG 2 0 2007

GREG___  ___  ___GHAM
CLERK

Criminal Case No. 1:07-cr-00332-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ALEX LUIS GARCIA,
a/k/a Alex Louis Garcia,
a/k/a Felix Tafoya,
a/k/a Alex Sanchez

   Defendant.

---

**ORDER**
( Docket no 3 )

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this _____20th_____ day of August 2007.

_____
~~Robert E. Blackburn~~
~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO