IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  07-cr-00332-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX LUIS GARCIA,

        Defendant.
_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582 – RETROACTIVE REDUCTION TO CRACK COCAINE GUIDELINES – <u>TIME SERVED</u>**
_____

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 Retroactive Reduction to Crack Cocaine Guidelines – Time Served."  Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

        Previous Offense Level:        27
        Criminal History Category:    IV
        Previous Guideline Range:    100-125 months Count Four
                                                  100-120 months Count Five

    Amended Offense Level:  25
    Criminal History Category:  IV
    Amended Guideline Range:  84-105 months

It is further ordered that the motion is GRANTED. Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 120 months imprisonment is reduced to **101 months. Based upon this newly calculated sentence, defendant's time has been served.**

All other provisions of the Judgment entered on January 26, 2009, shall remain in effect.

**IT IS SO ORDERED**.

Dated March 11, 2015, at Denver, Colorado.

            **BY THE COURT:**

            *Bob Blackburn*
            Robert E. Blackburn
            United States District Judge